**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 1:12-cv-02413-REB-MJW

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

    Plaintiff

v.

JACQUELINE D. RUYBAL,
ELISE S. RUYBAL,
BRIANNA ELENA RUYBAL and
ELISE S. RUYBAL
AS PERSONAL REPRESENTATIVE OF
ESTATE OF RUDOLPHO RUYBAL,

    Defendants.

**ORDER**

**Blackburn, J.**

The matter before the me is the **Motion to Relieve Plaintiff, The Lincoln National Life Insurance Company, From All Further Liability** [#28],[1] filed March 26, 2013. No response was filed within the time allowed by law, and the motion therefore is unopposed. After reviewing the motion, the record, and the applicable law, I conclude that the motion should be granted and that plaintiff, The Lincoln National Life Insurance Company, should be relieved from further liability in this matter.[2]

    **THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] The disputed funds have been deposited into the registry of the court. (**See Minute Order** [#26], filed February 6, 2013; **Receipt** [#27], filed February 28, 2013.)

1. That the **Motion to Relieve Plaintiff, The Lincoln National Life Insurance Company, From All Further Liability** [#28], filed March 26, 2013, is **GRANTED**;

2. That plaintiff, The Lincoln National Life Insurance Company, is relieved of any and all further liability in this matter, including all obligations to any defendant under the subject policy; and

3. That plaintiff, The Lincoln National Life Insurance Company, is relieved from further participation in this lawsuit, except as the court may deem necessary and proper.

Dated May 13, 2013, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge