IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02413-REB-MJW

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Plaintiff,

v.

JACQUELINE D. RUYBAL,
ELISE S. RUYBAL,
BRIANNA ELENA RUYBAL, and
ELISE S. RUYBAL as personal representative of Estate of Rudolpho Ruybal,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Re-Open Discovery on Limited Basis Pursuant to Court's Scheduling Order and Request to Continue Previously Served Subpoenas (Docket No. 38) is GRANTED for good cause shown. The Scheduling Order (Docket No. 9) is amended as follows.  Discovery shall be re-opened for the limited purposes as set forth in the subject motion.  Discovery cut-off shall be September 30, 2013.  All subpoenas previously served shall be continued for purposes of the new trial date of November 18-19, 2013.

Date: August 7, 2013