**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02413-REB-MJW

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

     Plaintiff,

v.

JACQUELINE D. RUYBAL,
ELISE S. RUYBAL,
BRIANNA ELENA RUYBAL and
ELISE S. RUYBAL as personal representative of Estate of Rudolpho Ruybal,

     Defendants.

---

**MINUTE ORDER**[1]

---

     The matter is before the court on defendants' **Renewed Motion and Brief in Support of Summary Judgment on Grounds of New Supplemental Support and Argument Addressing Court's Questions** [#41] and defendants' **Renewed Motion and Brief in Support of Summary Judgment on Grounds of New Supplemental Support and Argument Addressing Court's Questions** [#42] both filed October 7, 2013. The motions are **STRICKEN** for both were filed beyond the dispositive motion deadline without leave of court or good cause shown. The motions are also in violation of this court's practice standard, REB Civ. Practice Standard IV.B.2.

     Dated: October 15, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.