**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02413-REB-MJW

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

    Plaintiff,

v.

JACQUELINE D. RUYBAL,
ELISE S. RUYBAL,
BRIANNA ELENA RUYBAL AND
ELISE S. RUYBAL as personal representative of Estate of Rudolpho Ruybal,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the **Findings of Fact, Conclusions of Law, and Orders** [#56] of the Hon. Robert E. Blackburn, United States District Judge for the United States District of Colorado, entered on July 18, 2014 it is

    ORDERED as follows:

    1. That the interpleader claim brought by the plaintiff, The Lincoln National Life Insurance Company, is **RESOLVED** on the terms stated in this order;

    2. That Jacqueline D. Ruybal, the named primary beneficiary of the life insurance policy of The Lincoln National Life Insurance Company insuring the life of Rudolpho Ruybal, is **ENTITLED TO RECEIVE** the proceeds of that life insurance policy;

    3. That Elise S. Ruybal, Brianna Elena Ruybal, and Elise S. Ruybal as Personal

Representative for the Estate of Rudolpho Ruybal are **NOT ENTITLED TO RECEIVE** the proceeds of the life insurance policy of The Lincoln National Life Insurance Company insuring the life of Rudolpho Ruybal, either individually or collectively;

4. That the clerk of the court **SHALL PAY** to defendant, Jacqueline D. Ruybal, the proceeds of the life insurance policy of The Lincoln National Life Insurance Company insuring the life of Rudolpho Ruybal in the amount of $100,000 plus accrued interest, if any, which proceeds are on deposit in the registry of the court;

5. That the plaintiff, The Lincoln National Life Insurance Company, is **DISCHARGED** from all further liability to Jacqueline D. Ruybal, Elise S. Ruybal, Brianna Elena Ruybal, and Elise S. Ruybal as Personal Representative for the Estate of Rudolpho Ruybal for payment of benefits under the life insurance policy of The Lincoln National Life Insurance Company insuring the life of Rudolpho Ruybal;

6. That **JUDGMENT IS ENTERED** in favor of defendant, Jacqueline D. Ruybal, against defendants, Elise S. Ruybal, Brianna Elena Ruybal, and Elise S. Ruybal as Personal Representative for the Estate of Rudolpho Ruybal; and

7. That defendant, Jacqueline D. Ruybal, is **AWARDED** her costs to be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 18th day of July, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/   Kathleen Finney

                                                                                                                        Kathleen Finney
                                                                                                                        Deputy Clerk

APPROVED BY THE COURT:

**s/ Robert E. Blackburn**
United States District Judge