**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02413-REB-MJW

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

     Plaintiff,

v.

JACQUELINE D. RUYBAL,
ELISE S. RUYBAL,
BRIANNA ELENA RUYBAL and
ELISE S. RUYBAL as personal representative of Estate of Rudolpho Ruybal,

     Defendants.

**ORDER DENYING AS MOOT RUYBAL DEFENDANTS'
MOTION TO STAY EXECUTION OF JUDGMENT**

**Blackburn, J.**

The matter before me is the **Ruybal Defendants' Motion To Stay Execution of Judgment** [#60],[1] filed August 14, 2014. By this motion, defendants seek to stay the payment to Jacqueline Ruybal of the insurance proceeds interpled into the registry of the court pending resolution of a state court lawsuit between these same parties. However, these proceeds (plus accumulated interest) were released to Ms. Ruybal on July 24, 2014,[2] one week following entry of the judgment and nearly two months before the instant motion was filed. The relief requested herein, therefore, is moot.

---

[1] "[#60]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] The record of payment is attached.

**THEREFORE, IT IS ORDERED** that the **Ruybal Defendants' Motion To Stay Execution of Judgment** [#60], filed August 14, 2014, is **DENIED AS MOOT**.

Dated October 7, 2014, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*

Robert E. Blackburn
United States District Judge